United States Bankruptcy Court
Northern District of Georgia

**Notice of Bankruptcy Case Filing**

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 12/06/2011 at 09:15 AM and filed on 12/06/2011.

**Nicholas J. Burroughs**
1531 Boulder Walk Drive SE
Atlanta, GA 30316
SSN / ITIN: xxx-xx-4397

~~The case was assigned case number 11-85140.~~

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.ganb.uscourts.gov/index.html or at the Clerk's Office, 1340 Russell Federal Building, 75 Spring Street, SW, Atlanta, GA 30303.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**M. Regina Thomas**
**Clerk, U.S. Bankruptcy Court**

***EXHIBIT F***

**RUBIN LUBLIN, LLC**
Attorneys and Counselors at Law
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
TEL (877) 813-0992
FAX (404) 601-5846

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**Copy Via Regular Mail**

November 28, 2012

NICHOLAS BURROUGHS
1531 BOULDER WALK DRIVE
ATLANTA, GA 30316

***Notice of Acceleration and Foreclosure***

| | |
|---|---|
| **File No.:** | **BAC-11-09927-0003** |
| **Loan:** | **Note, and Security Deed from NICHOLAS BURROUGHS to Mortgage Electronic Registration Systems, Inc. as nominee for AMERICAN MORTGAGE NETWORK, INC., A DELAWARE COPRORATION ("Original Lender")** |
| **Name:** | **NICHOLAS BURROUGHS** |
| **Property Address:** | **1531 BOULDER WALK DRIVE , ATLANTA, GA 30316** |

Please be advised that this law firm represents THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-33CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-33CB ("Foreclosing Entity"), successor in interest to the Original Lender and the secured creditor on the above-referenced loan. By separate communication you have been advised of your rights under the Fair Debt Collection Practices Act, should that Act apply to this proceeding. Nothing in this letter shall prevent you from exercising those rights as set forth in that communication. This letter is to advise you that we are hereby instituting non-judicial foreclosure proceedings against the referenced property. Enclosed you will find a copy of the Notice of Sale Under Power that was submitted for publication in the legal newspaper in the county where the property is located. The foreclosure sale is scheduled for **January 2, 2013** ("Sale Date").

The entire amount of the debt secured by said Note and Security Deed has now been declared due and payable because of, among other possible defaults, failure to pay the indebtedness as and when due and in the manner specified in the Note and Security Deed. ***The total amount of the debt owed to the creditor consists of unpaid principal balance, any unpaid accrued interest, escrow/impound shortages or credits, late charges, legal fees/costs, and other charges. You must contact Customer Service (877) 813-0992 at our offices to find out the amount needed to either bring your loan current or to pay off your loan in full.***
**(Continued on back/next page)**

# NOTICE OF SALE UNDER POWER

GEORGIA, DEKALB COUNTY

By virtue of a Power of Sale contained in that certain Security Deed from NICHOLAS BURROUGHS to Mortgage Electronic Registration Systems, Inc. as nominee for AMERICAN MORTGAGE NETWORK, INC., A DELAWARE COPRORATION, dated March 31, 2005, recorded April 5, 2005, in Deed Book 17279, Page 18, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Two Hundred Two Thousand Four Hundred and 00/100 dollars ($202,400.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-33CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-33CB, secured creditor, there will be sold at public outcry to the highest bidder for cash before the courthouse door of DeKalb County, Georgia, within the legal hours of sale on the **first Wednesday in January, 2013**, all property described in said Security Deed including but not limited to the following described property:

All that tract or parcel of land lying and being in Land Lot 110 of the 15th District, DeKalb County, Georgia, being Lot 27, Boulder Walk, Phase II, as per plat recorded in Plat Book 137, pages 28 through 34, inclusive, DeKalb County, Georgia records, which plat is incorporated herein and made a part hereof by reference, being improved property known as 1531 Boulder Walk Drive, Atlanta, GA, 30315.

Said legal description being controlling, however the property is more commonly known as **1531 BOULDER WALK DRIVE , ATLANTA, GA 30316.**

The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note, including but not limited to the nonpayment of the indebtedness as and when due. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys` fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named creditor or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed.

To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is NICHOLAS BURROUGHS, NICHOLAS BURROUGHS, or tenants(s).

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed.

The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP, Loss Mitigation Dept., 7105 Corporate Drive, PTX-A-274, Plano, TX 75024, Telephone Number: 800-720-3758 for and on behalf of the secured creditor.

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-33CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-33CB**
as Attorney in Fact for
NICHOLAS BURROUGHS

THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Attorney Contact: Rubin Lublin, LLC, 3740 Davinci Court, Suite 150, Peachtree Corners, GA 30092

United States Bankruptcy Court
Northern District of Georgia

## Notice of Bankruptcy Case Filing

FILED
01/02/2013
9:10 AM

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 01/02/2013 at 09:12 AM and filed on 01/02/2013.

**Nicholas Joseph Burroughs**
1531 Boulder Walk Dr SE
Atlanta, GA 30316
SSN / ITIN: xxx-xx-4397

The case was assigned case number 13-50086-.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.ganb.uscourts.gov/index.html or at the Clerk's Office, 1340 Russell Federal Building, 75 Spring Street, SW, Atlanta, GA 30303.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**M. Regina Thomas**
**Clerk, U.S. Bankruptcy Court**

RIVERSTONE
RESIDENTIAL GROUP

# Important Information for Occupants

Property Address: 1131 Boulderwalk

Date: 1-3-13

**As a result of the sale on 1-2-13 this property is now owned by THR Georgia, L.P. If you are living in this property, you and your family have several options in this difficult and challenging time.** Please review the information below thoroughly and contact us today to discuss your options.

## Option 1: Lease This Property

We would like to discuss the following lease options to eligible occupants:

- If you are a Previous Owner, we wish to keep you and your family in place as tenants.
- If you are currently renting this property, we would like to honor any short-term or long-term lease agreement that you have in place with a previous landlord.
- If you are not currently under a lease agreement, we would like the chance to speak with you regarding the option of staying your home by signing an agreement with us.

## Option 2: Willingly Vacate

If you do not wish to lease the property, we hope it is your intention to move willingly to avoid any legal proceedings. We would be more than willing to give you a great recommendation with your next landlord.

## Next Step - Contact Us

- **Call our leasing team today about signing a lease or additional options**
- **Rent payments should no longer be sent to the previous owner**

**It is important for you to contact us today to ensure that we can make a smooth transition with you with either option.**

**PLEASE CALL TODAY:**
**~~Justin Gossett~~- Portfolio Manager** Claudia Mosqueda
**(770) 569-1613- Office**
**~~(912) 481-5711~~** 478 232 7148
**JGossett@riverstoneres.com**
**MONDAY – FRIDAY from 9-6PM**

950 Northpoint Parkway, Suite 350, Alpharetta, GA, 30005

RIVERSTONE
RESIDENTIAL GROUP

# Important Information for Occupants

## 2nd Notice

Property Address: 1531 BOULDER WALK DR. SE ATLANTA 30316
Date: 01/08/13

## Lease Back

**As you know, your property was purchased at a Foreclosure Sale by THR Georgia, L.P. We would like to prevent your family from having to move and the hassle and cost to do so. In fact, we would prefer to have you stay in the property and lease back from us. This allows you to save time and money from moving, and reduce the damage to your credit. Please contact us today at the number below to talk further about leasing.**

**If you do not make contact with our representatives, this notice will serve as our demand for possession of this home.**

## Willingly Vacate

**If you do not wish to lease the property, we hope it is your intention to move willingly to avoid any legal proceedings. We would be more than willing to give you a great recommendation with your next landlord.**

## Eviction

**If you decide not to take our offer, the next step is a Sheriff's lockout and a monetary judgment against you for all of the months you lived at the property without making a payment. (This will go onto your credit report as an eviction). If you accept the Lease Back or decide to Vacate, the unlawful detainer will be canceled and an eviction will not be filed on your credit.**

***If we do not hear from you within 2 business days of this notice, we will begin the necessary eviction proceedings. Please help us avoid this by contacting us today to discuss your options.***

**PLEASE CALL TODAY:**
**Claudia Mosqueda- Portfolio Manager**
**(770) 569-5914- Office**
**CMosqueda@riverstoneres.com**
**MONDAY – FRIDAY from 9-6PM**

(678)609-2531 ATTN: Claudia

950 Northpoint Parkway, Suite 350, Alpharetta, GA, 30005

MS. S. WRIGHT

Print Close

# RE: N. Burroughs @ 1531 Boulder Walk Drive SE

**Mosqueda, Claudia** (CMosqueda@riverstoneres.com)
Thu 1/10/13 11:59 AM
Nicholas Burroughs (njburroughs@hotmail.com)

Good afternoon Mr. Burroughs,

We have received the documentation on your bankruptcy and you will not need to personally deliver the documents unless you feel otherwise more comfortable with doing so. All contact efforts in regards to gaining possession of this property will seize. If I can be of further assistance please feel free to e-mail me as this is the fastest method of response.

Thank you,

**Claudia Mosqueda**

Portfolio Manager-Single Family Homes Division

cmosqueda@RiverstoneRes.com

678.232.7168 **CELL**

678.669.2531 **FAX**

**RIVERSTONE RESIDENTIAL GROUP**

950 North Point Parkway

Suite 350

Alpharetta, GA 30005

**From:** Nicholas Burroughs [mailto:njburroughs@hotmail.com]

» Print

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.

# Blackstone sees REITs owning much of its U.S. real estate

Wed, Feb 13 2013

By Ilaina Jonas

(Reuters) - Much of Blackstone Group LP's (BX.N: Quote, Profile, Research, Stock Buzz) vast U.S. real estate holdings may be bought by, or turned into, real estate investment trusts over the next couple of years, the head of the private equity group's global real estate division said on Wednesday.

Jonathan Gray said U.S. capital markets, particularly the bond market, has opened its arms to real estate investment trusts, making it likely that much of its U.S. holdings of offices, homes and hotels will be bought by existing REITs or become REITs though initial public offerings.

"I think much of what we own will end up in the public markets," Gray said while speaking at the Credit Suisse Financial Services Forum in Miami.

Gray said the U.S. debt market, which provides loans that make it possible to finance real estate purchases, are improving. If this continues, Blackstone will sell much of its real estate held in funds in 2013 and 2014, he said.

Blackstone has a simple "buy-fix-sell" real estate investment philosophy, Gray said. Through its funds, it buys properties at a discount and below the cost of replacing them with new construction. It fixes them up, increases occupancy and sells them to investors looking for stable cash flows.

Blackstone, which took office companies Equity Office Properties Trust private in 2007 and Trizec the year before, said now that many of the office buildings are at least 90 percent occupies, it may pick up the sales of its properties.

"If the market stays conducive, I would expect to see the acceleration of sales," he said.

Some of those properties could end up in the hands of large U.S. REITs, which often buy well leased properties with stable incomes. Sovereign wealth funds, looking for safe investments abroad, may be the buyers of its shopping centers and office buildings in dense urban markets, such as New York, he said.

As for its large Hilton Worldwide Inc, which the company took private in 2007, Gray said the company may become a publicly traded REIT in a year or two. Blackstone has expanded Hilton overseas in the past five years, increasing the number of hotel rooms abroad to 70,000 from 5,000 and adding such brands as DoubleTree by Hilton and Hilton Garden Inn Hotels.

"The potential to grow the brand outside the U.S. is enormous," he said.

For the past two years, Blackstone has been buying thousands of foreclosed homes at deep discounts in places such as Florida, Arizona and California, where the housing bust was particularly severe. It has invested about 10 percent of the purchase price to fix them. It has teamed up with Dallas-based Riverstone Residential Group, an apartment management company to oversee them. But home prices are appreciating quickly in some of those markets, and Blackstone may soon stop buying them.

"For us, we think the investment window is this year," he said.

Gray said that the single-family-home-for-rent business may lend itself very well to eventually becoming a REIT.

Blackstone recently finished raising a $13.3 billion global real estate fund. Outside the United States, Blackstone is spending a fair amount of time in Europe, where banks have 2.4 trillion euros on their balance sheets, making its real estate loans up for sale very cheap, Gray said.

"We're buying now from Spanish banks, Italian banks... the Irish, they're going to come out of the crisis first," he said.

Blackstone is also active in India, where the demographic growth is fueling the demand for office buildings and other real estate.

(Reporting by Ilaina Jonas; Editing by Phil Berlowitz and Andrew Hay)

© Thomson Reuters 2011. All rights reserved. Users may download and print extracts of content from this website for their own personal and non-commercial use only. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Reuters. Thomson Reuters and its logo are registered trademarks or trademarks of the Thomson Reuters group of companies around the world.

# *EXHIBIT G*

C3_736-3 CRMGDBYE 14759 04/25/2012

**Bank of America**
**Home Loans**

*CA6-919-01-41*
*P.O. Box 941852*
*Simi Valley, CA 93094-1852*

AT1 9-772-76250-0003702-001-1-000-000-000-000

NICHOLAS BURROUGHS
1531 BOULDER WALK DR SE
ATLANTA GA 30316

**Notice Date:** April 15, 2013

**Account No.:** 92234033

**Property Address:**
1531 Boulder Walk Drive
Atlanta, GA 30316

Dear Nicholas Burroughs,

Thank you for your participation in the home loan assistance process. Due to a recent change in the status of your home loan assistance request, you will no longer be assigned to a dedicated, single point of contact. In the future, if you have any questions or require further assistance concerning your home loan, please call 1-800-669-6607, Monday-Friday 7a.m. - 7p.m. Local Time.

We appreciate the opportunity to serve your home loan needs.

Merry Carr
Customer Relationship Manager
Bank of America, N.A.

Mortgages funded and administered by an Equal Housing Lender.
Protect your personal information before recycling this document.

This communication is from Bank of America, N.A., the servicer of your home loan.

If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information only and is not an attempt to collect the debt, a demand for payment, or an attempt to impose personal liability for that debt. You are not obligated to discuss your home loan with us or enter into a loan modification or other loan-assistance program. You should consult with your bankruptcy attorney or other advisor about your legal rights and options. Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. However, the purpose of this communication is to let you know you have completed the loan assistance process.

**Please call us by May 17, 2013 to discuss other options.**

April 17, 2013

Bank of America, N.A.
5401 N. Beach St
TX2-977-01-34
Fort Worth, TX 76137

Nicholas Burroughs
1531 Boulder Walk Dr SE
Atlanta, GA 30316-3987

**Loan Number: 92234033**

Dear Nicholas Burroughs:

Thank you for contacting us regarding the new modification program introduced as a result of the U.S. Department of Justice and State Attorneys General national settlement with major mortgage servicers, including Bank of America, N.A. We are not considering your request for a modification because after initially asking to be considered for a modification under the terms of the settlement, you withdrew that request on April 08, 2013.

**You may have other options**

We know this is a difficult time for you and we want to help you avoid the negative consequences of a foreclosure. If you would like to reconsider this modification offer, please contact us as soon as possible. These other alternatives to foreclosure may also be available to you:

- **Other modification programs.** Depending on your situation, we may have other options for you. If you have already been evaluated for these programs, you may have to show a change in your circumstances in order to qualify.

- **A forbearance program.** With this program you could receive lower payments or no payments for a limited number of months to either give you time to resolve your financial difficulties or give us time to work together with you on a more permanent solution.

- **Short Sale.** With this program, the property is listed for sale at fair market value, even if that value is lower than what you owe on the mortgage. If a buyer is identified and the property is sold, the proceeds from the sale are applied towards the mortgage debt, even if the proceeds are less than the amount owed on the mortgage. You may be responsible for any balance remaining after the sale.

- **Deed in Lieu of Foreclosure.** With a deed in lieu, you agree to transfer the title or ownership of your property to the owner or servicer of your loan in order to avoid foreclosure sale and satisfy all or a portion of the mortgage debt. The amount of debt satisfied by this transfer of ownership is based on the approved value of your home. In some cases, you may be responsible for a remaining balance of the mortgage debt over and above the approved value.

These options have different requirements and guidelines, and not all loans qualify. Also, these options may offer financial assistance for your relocation. Please call us at 1.800.669.6650 to learn more about these programs.

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
FORT WORTH TX 76137

7011 1570 0002 8554 5759

| | | |
|---|---|---|
| Postage | $ | $0.46 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.56 |

0014
NORTH HIGHLAND FIN ATLANTA GA
Postmark Here
MAY 17 2013
05/17/2013
USPS - 30306

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4
PS Form 3800, August 2006 See Reverse for Instructions

May 16, 2013

Nicholas J. Burroughs
~~Holy House~~
1531 Boulder Walk Drive SE
Atlanta, GA 30316-3987

Bank of America, N.A.
5401 N. Beach Street
TX2-977-01-34
Fort Worth, TX 76137

Loan Number: 92234033

To Whom It May Concern:

Addressing your institution with God's Grace and wisdom, I stand fast with His Blessings to remain in my home in the face of the numerous injustices Bank of America, The Federal Reserve, and those who wish to defraud the American and world population with a scheme so extensive and loathsome that it threatens the very fabric of our existence, the present day financial system, and the stability of world markets for future generations.

Yours is an institution that is so systemically fraudulent that it seeks to strip every last homeowner of their sole asset in the face of billions of dollars in bailouts. The very fact that our present day banking system requires $85Billion monthly from The Federal Reserve to "keep the wheels greased" for business as usual is horrific beyond words. Even Mr. Bernanke has done his best to quell the hawkish voices within his own secret organization--only to give away his treacherous game by the guilt-ridden expressions he bears when questioned by those who have not been lobbied and paid for.

That any individual should suffer foreclosure or be threatened as such is criminal beyond the written or unspoken word of law. The only option that any financial institution that receives, or has received aid, should be complete and total admission of guilt for their illegal activities that have led to the financial crisis. Any homeowner that wishes to remain in their primary residence should be given the option of receiving a free and clear title to their residence, along with a cash settlement in direct proportion to the crimes they have suffered. The small and insignificant settlement offers presently being mismanaged by Rust Consulting are strongly symbolic of the massive collusion that exists between the banks, federal regulators, and The Federal Reserve System.

Unlike those who have been bought off or brainwashed, individuals such as Elizabeth Warren, Ron Paul, William K. Black, Neil Barofsky, and others lead the charge for a real solution to the problems that plague the financial system of this nation. I will be joining many others in Washington, D.C. to see if the Department of Justice really represents the people of this country. Lanny Breuer obviously did not, which is why he stepped down in disgrace after his Frontline interview so he could better serve his real constituents on Wall Street.

Truth is a powerful entity that cannot be quelled by sources that would have us to believe otherwise. Aside from giving thanks for each and every day that God has blessed me with in what some may deem precarious times, I will not be moved from the deep and abiding faith in a future where His Love will enlighten all.

Peace in Christ,

Nicholas J. Burroughs

**RUBIN LUBLIN, LLC**
Attorneys and Counselors at Law
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
TEL (877) 813-0992
FAX (404) 601-5846

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**Copy Via Regular Mail**

May 23, 2013

Nicholas Burroughs
1531 Boulder Walk Dr SE
Atlanta, GA 30316

***Notice of Acceleration and Foreclosure***

| | |
|---|---|
| **File No.:** | **BAC-11-09927-0004** |
| **Loan:** | **Note, and Security Deed from Nicholas Burroughs to Mortgage Electronic Registration Systems, Inc. as nominee for AMERICAN MORTGAGE NETWORK, INC., A DELAWARE COPRORATION ("Original Lender")** |
| **Name:** | **Nicholas Burroughs** |
| **Property Address:** | **1531 Boulder Walk Dr SE , Atlanta, GA 30316** |

Please be advised that this law firm represents THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-33CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-33CB ("Foreclosing Entity"), successor in interest to the Original Lender and the secured creditor on the above-referenced loan. By separate communication you have been advised of your rights under the Fair Debt Collection Practices Act, should that Act apply to this proceeding. Nothing in this letter shall prevent you from exercising those rights as set forth in that communication. This letter is to advise you that we are hereby instituting non-judicial foreclosure proceedings against the referenced property. Enclosed you will find a copy of the Notice of Sale Under Power that was submitted for publication in the legal newspaper in the county where the property is located. The foreclosure sale is scheduled for **July 2, 2013** ("Sale Date").

The entire amount of the debt secured by said Note and Security Deed has now been declared due and payable because of, among other possible defaults, failure to pay the indebtedness as and when due and in the manner specified in the Note and Security Deed. ***The total amount of the debt owed to the creditor consists of unpaid principal balance, any unpaid accrued interest, escrow/impound shortages or credits, late charges, legal fees/costs, and other charges. You must contact the creditor at 800-720-3758 to find out the amount needed to either bring your loan current or to pay off your loan in full.***
**(Continued on back/next page)**

# NOTICE OF SALE UNDER POWER

GEORGIA, DEKALB COUNTY

By virtue of a Power of Sale contained in that certain Security Deed from Nicholas Burroughs to Mortgage Electronic Registration Systems, Inc. as nominee for AMERICAN MORTGAGE NETWORK, INC., A DELAWARE COPRORATION, dated March 31, 2005, recorded April 5, 2005, in Deed Book 17279, Page 18, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Two Hundred Two Thousand Four Hundred and 00/100 dollars ($202,400.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-33CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-33CB, secured creditor, there will be sold at public outcry to the highest bidder for cash before the courthouse door of DeKalb County, Georgia, within the legal hours of sale on the **first Tuesday in July, 2013**, all property described in said Security Deed including but not limited to the following described property:

All that tract or parcel of land lying and being in Land Lot 110 of the 15th District, DeKalb County, Georgia, being Lot 27, Boulder Walk, Phase II, as per plat recorded in Plat Book 137, pages 28 through 34, inclusive, DeKalb County, Georgia records, which plat is incorporated herein and made a part hereof by reference, being improved property known as 1531 Boulder Walk Drive, Atlanta, GA, 30315.

Said legal description being controlling, however the property is more commonly known as **1531 Boulder Walk Dr SE, Atlanta, GA 30316.**

The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note, including but not limited to the nonpayment of the indebtedness as and when due. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys` fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named creditor or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed.

To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is Nicholas Burroughs, or tenants(s).

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed.

The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP, Loss Mitigation Dept., 7105 Corporate Drive, PTX-A-274, Plano, TX 75024, Telephone Number: 800-720-3758 for and on behalf of the secured creditor.

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-33CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-33CB**
as Attorney in Fact for
NICHOLAS BURROUGHS

THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Attorney Contact: Rubin Lublin, LLC, 3740 Davinci Court, Suite 150, Peachtree Corners, GA 30092

C3_2113 CSDEAY 12606/14376 12/21/2011

**Bank of America**

**Home Loans**

*4500- Amon Carter Blvd*
*Fort Worth, TX 76155*

AT1 3-772-82077-0000811-001-1-000-000-000-000
NICHOLAS BURROUGHS
1531 BOULDER WALK DR SE
ATLANTA GA 30316

**Date:** May 31, 2013

**Account No.:** 92234033

**Property Address:**
1531 Boulder Walk Drive
Atlanta, GA 30316

**IMPORTANT MESSAGE ABOUT YOUR HOME LOAN**

This letter is to acknowledge receipt of your recent inquiry about your home loan. We are in the process of obtaining the documentation and information necessary to address your questions. We appreciate your patience while we research your request.

**THANK YOU**

If you have any additional questions while we research your request, please call us at 1-800-669-6607, Monday-Friday 7a.m. - 7p.m. Local Time.

C3_2100 FWD OthDept 15909 02/12/2013

**Bank of America**

**Home Loans**

*Customer Service Department, CA6-919-02-41*
*PO Box 5170*
*Simi Valley, CA 93062-5170*

**Notice Date:** June 3, 2013

**Loan No.:** 92234033

Nicholas Burroughs
1531 Boulder Walk Dr Se
Atlanta, GA 30316

**Property Address:**
1531 Boulder Walk Drive
Atlanta, GA 30316

**YOUR HOME LOAN REQUEST WAS RECEIVED**

Your request for loan modification was received and has been forwarded to a specialist in the appropriate department for further research.

We appreciate your patience while we thoroughly research your request and will contact you by phone or mail when our review is complete, which should be between two and three business days.

**QUESTIONS?**

If you have any questions, please call us at (800) 669-6607 between the hours of 7 am to 7 pm local time. We appreciate the opportunity to serve your home loan needs.

This communication is from Bank of America, N.A., the servicer of your home loan.

Please write your account number on all correspondence.

C3_733 CRMWLCME 15889 10/25/2012

**Bank of America**

**Home Loans**

*CA6-919-01-41*
*P. O. Box 941852*
*Simi Valley, CA 93094-1852*

**Notice Date:** June 11, 2013

**Account No.:** 92234033

**Property Address:**
1531 Boulder Walk Drive
Atlanta, GA 30316

AT1 5-772-83319-0000463-001-1-000-010-000-000

NICHOLAS BURROUGHS
1531 BOULDER WALK DR SE
ATLANTA GA 30316

Dear Nicholas Burroughs,

My name is Ruslan Moldavskiy and I will be your dedicated Customer Relationship Manager. Bank of America, N.A. has several programs designed to help homeowners who are having trouble making their monthly mortgage payment, and it's possible that one could help you. Please review the enclosed brochure for more information.

**What I will provide**

As your Customer Relationship Manager, I will work with you to review your individual situation and help determine which of our programs may be available to you. I will let you know where you are in the loan assistance process, where you've been and what your next steps are. I will be with you the entire time, and you will get periodic status updates from me.

**What I need from you**

One of the most important things you can do to successfully complete the loan assistance process is to provide us with all of the documents we require within the timeline requested. Depending on your individual situation, we will request income and property related documents. Once we determine what program is right for your loan, we will provide you with instructions for the preferred method of submitting those documents to us.

**Next steps**

I will be calling you soon, but in the meantime, if you have questions, you can reach me at **1.800.669.6650 or 1.877.447.4002.** Please have your loan number available when you call. Additionally, you can visit **bankofamerica.com/homeloanhelp** to learn about the home loan assistance process.

We know this is a difficult time, and we're here to help.

Ruslan Moldavskiy
Customer Relationship Manager
Bank of America, N.A.

Enclosure

Mortgages funded and administered by an Equal Housing Lender.
Protect your personal information before recycling this document.

Bank of America, N.A., the servicer of your home loan, is required by law to inform you that this communication is from a debt collector.

Bank of America Home Loans

June 28, 2013

Nicholas Burroughs
1531 Boulder Walk Dr SE
Atlanta, GA 30316-3987

**Loan Number: 92234033**

Dear Nicholas Burroughs:

Thank you for contacting us on June 26, 2013 regarding the federal government's Making Home Affordable Program. In order to ensure a timely resolution of your issue, we have opened an escalated case which will be reviewed by a dedicated team.

Within 30 days from the date you contacted us, we will contact you about your escalated case. At that time, we will either provide you with a resolution to your case or an update on the status of your case.

Please make sure that you provide us with all of the information we request and continue making your mortgage payments while we research your case.

If you have questions, please contact us at 1.800.669.6650 Monday - Friday 7 a.m. to 12 a.m. and Saturday 8 a.m. to 6 p.m. Eastern. In addition, you can also seek assistance with resolving your current financial situation at no charge from U.S. Department of Housing and Urban Development-approved housing counselors by calling the HOPE Hotline Number (1.888.995.HOPE). Assistance in understanding this notice is available through the HOPE Hotline by asking for MHA HELP.

Thank you for contacting us. We appreciate the opportunity to serve your home loan needs and are committed to working with you.

Ruslan Moldavskiy
Home Loan Team
Bank of America, N.A.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. The purpose of this communication is to acknowledge the receipt of your escalated case.

Mortgages funded and administered by an Equal Housing Lender.
Protect your personal information before recycling this document.

C3_63-5D

United States Bankruptcy Court
Northern District of Georgia

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 07/02/2013 at 08:43 AM and filed on 07/02/2013.

**Nicholas J. Burroughs**
1531 Boulder Walk Dr SE
Atlanta, GA 30316
SSN / ITIN: xxx-xx-4397

The case was assigned case number 13-64644-.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.ganb.uscourts.gov/index.html or at the Clerk's Office, 1340 Russell Federal Building, 75 Spring Street, SW, Atlanta, GA 30303.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**M. Regina Thomas**
**Clerk, U.S. Bankruptcy Court**

C3_4688_BKLMOPTH 15704 12/21/2012

**Bank of America**

**Home Loans**

*Customer Care Correspondence Unit SV-3148*
*PO Box 5170*
*Simi Valley, CA 93062-5170*

AT1 -772-86296-0000204-001-1-000-000-000-000

Nicholas J. Burroughs
1531 BOULDER WALK DR SE
Atlanta GA 30316

**Notice Date:** July 5, 2013

**Account No.:** 92234033

**Case No.:** 13-64644

**Customer Name:**
NICHOLAS BURROUGHS

**IMPORTANT MESSAGE ABOUT THIS ACCOUNT**

## Loss Mitigation Options During Bankruptcy

Bank of America, N.A. was recently notified of the above-referenced bankruptcy case. Even though your client is in bankruptcy, we want you and your client to know that we offer a variety of loss mitigation options to borrowers in and out of bankruptcy, both before and after discharge, that may be available to your client. Bankruptcy Court approval is required before any workout option is finalized for borrowers in active bankruptcy cases.

**WHAT YOU NEED TO DO**

If your client is interested in pursuing a loss mitigation option, please contact us at 1-800-669-6650 to determine whether a workout option is available for your client. Please have your client's account number available and please be advised that to determine eligibility, we may need specific financial information, the reason for default and other relevant verification documents.

We are happy to work with you, as borrower's counsel, or if you and your client would prefer that we work directly with your client, we will need written authorization from you on the attached form allowing us to directly contact your client about potential home retention options.

In the event your client was being considered for a home retention option prior to the bankruptcy filing, we will continue to consider your client for home retention options if you or your client notifies us that your client would like to proceed. If interested, please contact us at 1-800-669-6650 and submit the attached form if the preference is that we work directly with your client.

In the event that loss mitigation options are available, all approvals are contingent on the bankruptcy court approving the agreement. The expense of obtaining the order is the responsibility of your client. All funds received from the Trustee during the loan modification review, trial term, and court approval process will be applied and credited to the customer's account. The proper adjustments will be made to the claim after final completion of the loan modification process.

Bankruptcy Specialist
Bank of America, N.A.

Bank of America Home Loans

July 11, 2013

Nicholas J. Burroughs
1531 Boulder Walk Dr SE
Atlanta, GA 30316

Nicholas Burroughs
1531 Boulder Walk Drive
Atlanta, GA 30316

**Loan Number: 92234033**

Dear Nicholas Burroughs:

Thank you for contacting us on June 26, 2013 regarding the federal government's Making Home Affordable Program. Based on our review of your escalated case, we have determined the following:

Unfortunately, based on our review, your loan is not eligible for a Making Home Affordable program. A foreclosure is in process for your property. Please respond to all foreclosure notices and contact us with questions.

If you have questions or would like to discuss the above resolution, please call 1.800.669.6650 Monday – Friday 7 a.m. to 12 a.m. and Saturday 8 a.m. to 6 p.m. Eastern.

You can also seek assistance at no charge from U.S. Department of Housing and Urban Development-approved housing counselors by calling the HOPE Hotline Number (1.888.995.HOPE). Assistance in understanding this notice is available through the HOPE Hotline by asking for MHA HELP.

Thank you for contacting us.

Ruslan Moldavskiy
Home Loan Team
Bank of America, N.A.

If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information only and is not an attempt to collect the debt, a demand for payment, or an attempt to impose personal liability for that debt. You are not obligated to discuss your home loan with us or enter into a loan modification or other loan-assistance program. You should consult with your bankruptcy attorney or other advisor about your legal rights and options.

<u>**MILITARY PERSONNEL/SERVICEMEMBERS:**</u> If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to <u>eligible</u> military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1.877.430.5434. If you are calling from outside the U.S. please contact us at 1.817.685.6491.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. However, the purpose of this communication is to provide you with a resolution to your escalated case.

Mortgages funded and administered by an Equal Housing Lender.
Protect your personal information before recycling this document.

Nicholas Burroughs
1531 Boulder Walk Dr
Atlanta, GA 30316

Dear Homeowner,

We have been unsuccessful in reaching you in regards to your escalated case with the MHA Help team. We received a resolution from the servicer that we believe addresses and/or brings clarity to the concerns communicated in your request. The following is a summary of your case and outcome of the review:

**Nature of inquiry:** You contacted MHA Help for assistance with postponing the foreclosure sale date scheduled for 7/2/2013 in order to apply for the Home Affordable Modification Program (HAMP).

**Resolution:** MHA Help has received a response from your servicer that addresses your concerns. The servicer confirmed that the foreclosure sale date was postponed. The servicer also advised that you had attempted to apply for HAMP in 2011 but were declined due to missing documents. In May 2012, it was determined that you were eligible for the National Mortgage Settlement (NMS) program. For your servicer, this program supersedes the HAMP and you are no longer eligible to apply for the HAMP. However, you had declined to be reviewed for the NMS program in 2012.

**Next Steps for Homeowner:** MHA Help recommends that you stay in contact with your single point of contact, Ruslan Moldavskiy, at 800-669-6650 to discuss options. For further assistance, you may also speak to a housing counselor at 866-490-5378. Housing counseling is recommended for guidance of your complete financial situation; including budget, referrals, and recommendations.

The MHA Help team has closed the inquiry based on the above resolution. However, if you determine and have supporting evidence, that the outcome of the servicer's review is inaccurate or it failed to comply with the agreed next steps outlined in this resolution, I encourage you to contact us immediately.

Please feel free to contact us if you require additional information or clarification with this resolution.

Thank you,

John McCurdy
24113
MHA Help
13430 N. Black Canyon Hwy, Suite 250
Phoenix, AZ 85029
Phone: 877-300-5454
Email: MHAHelpEscalations@MHAHelp.org
Fax: 713-770-1336



Proprietary and Confidential - Restricted - Pre-decisional - Not for publication. Contains Nonpublic Information under a Financial Agency Agreement with the U.S. Department of the Treasury. Confidential treatment required.

***EXHIBIT H***

United States of America
FEDERAL TRADE COMMISSION
Washington, D.C. 20580

Consumer Response Center

July 9, 2013

Nicholas J. Burroughs
1531 Boulder Walk Drive SE
Atlanta, GA 30316-3987

FTC Ref. No. 46926733

Dear Mr. Burroughs:

Your letter to the Federal Trade Commission regarding your request for assistance with respect to the wrongful and bad faith practices conducted by Bank of America and Bank of New York Mellon, has been referred to the Consumer Response Center for a reply. Based on a detailed review of the issue(s) raised, your complaint falls under the jurisdiction of the Consumer Financial Protection Bureau. We have forwarded your material to their office for review and response.

If you have additional questions regarding general agency information or your complaint, please contact the Consumer Financial Protection Bureau.

Consumer Financial Protection Bureau
P.O. Box 4503
Iowa City, Iowa 52244
Phone: 1(855) 411-2372
www.consumerfinance.gov

Again, thank you for writing the Federal Trade Commission. We hope the information provided above is helpful.

Sincerely,

Consumer Response Center

auction.com

# FORECLOSURE AUCTIONS

**View complete property details and auction location! Enter the SEARCH CODE in the search bar at auction.com.**




## DEKALB COUNTY

| Event Item # | Address | City | Type | Bed/ Bath | Lot Size | Square Footage | Foreclosure Number | Est. Opening Bid | Auction Date | |
|---|---|---|---|---|---|---|---|---|---|---|
| E1303-2301 | 1938 CARIBAEA TRAIL SE | Atlanta | SFR | 3/2 | 0.22 | 1,560 | 5705113 | $65,000 | 1/7/14 | 1584046 |
| E1303-2302 | 4094 DORAL DR | Atlanta | SFR | 3/2.5 | 0.30 | 2,048 | 52449909 | $115,000 | 1/7/14 | 1476050 |
| E1303-2303 | 2757 GLENBRIAR DRIVE NE | Atlanta | SFR | 3/3 | 0.60 | 1,983 | 5731613 | $150,000 | 1/7/14 | 1584048 |
| E1303-2304 | 2006 AUDUBON DRIVE | Atlanta | SFR | 3/2 | 0.35 | 1,901 | 52876710 | $195,000 | 1/7/14 | 1415623 |
| E1303-2308 | 2979 SILVER HILL TERRACE SE | Atlanta | SFR | 3/2.5 | 0.14 | 2,314 | 16248 | $120,000 | 1/7/14 | 1584874 |
| E1303-2309 | 1531 BOULDER WALK DRIVE | Atlanta | SFR | 4/2 | 0.57 | 2,382 | BAC-11-09927-17 | $125,000 | 1/7/14 | 1363158 |
| E1303-2311 | 3550 GREYSTONE CIRCLE | Atlanta | SFR | 3/2 | 0.19 | 4,622 | TS 13-19342 | N/A | 1/7/14 | 1554293 |
| E1303-2312 | 2782 MEADOWVIEW DRIVE | Atlanta | SFR | 3/1 | 0.30 | 1,014 | 1000-667500143A | $17,500 | 1/7/14 | 1590400 |
| E1303-2340 | 883 VERONA DRIVE | Clarkston | SFR | 2/1 | 0.20 | 1,272 | 5174413 | $90,000 | 1/7/14 | 1441002 |
| E1303-2341 | 707 RIDGE CREEK DRIVE | Clarkston | Condo | 2/2 | 0.01 | 1,239 | 1000-667500961A | $12,500 | 1/7/14 | 1472478 |
| E1303-2342 | 3945 CLAYHILL DRIVE | Clarkston | SFR | 3/2 | 0.16 | 1,872 | TS 13-20288 | N/A | 1/7/14 | 1590503 |
| E1303-2350 | 2889 GRAND PINES COURT | Decatur | SFR | 3/2 | 0.40 | 1,826 | 5172512 | $35,000 | 1/7/14 | 1584030 |
| E1303-2353 | 4539 RIVERWOOD CIRCLE | Decatur | SFR | 3/2 | 0.50 | 2,398 | 5927811 | $65,000 | 1/7/14 | 1440135 |
| E1303-2354 | 2204 EAGLES NEST CIR | Decatur | SFR | 4/2.5 | 0.31 | 3,172 | 52856210 | $30,000 | 1/7/14 | 1503429 |
| E1303-2355 | 1416 MIDVIEW DRIVE | Decatur | SFR | 2/1 | 0.30 | 848 | 5726313 | $17,500 | 1/7/14 | 1584047 |
| E1303-2356 | 4329 GREGORY ROAD | Decatur | SFR | 3/1 | 0.25 | 1,332 | 51156612 | $25,000 | 1/7/14 | 1455080 |
| E1303-2357 | 2791 KNOLLVIEW DRIVE | Decatur | SFR | 3/2 | 0.25 | 1,134 | 5796310 | $30,000 | 1/7/14 | 1503361 |
| E1303-2358 | 4357 MAGNOLIA PATH | Decatur | SFR | 4/2 | 0.50 | 2,639 | 52328707 | $60,000 | 1/7/14 | 1584038 |
| E1303-2359 | 3387 CLIFTON FARM DRIVE | Decatur | SFR | 3/2 | 0.30 | 2,868 | 5744413 | $55,000 | 1/7/14 | 1584049 |
| E1303-2360 | 1074 N DRUID HILLS CIRCLE | Decatur | SFR | 3/1 | 0.23 | 1,214 | 5599213 | $115,000 | 1/7/14 | 1584042 |
| E1303-2361 | 2270 EMERALD CASTLE DRIVE | Decatur | SFR | 4/2 | 0.30 | 2,075 | 5497512 | $30,000 | 1/7/14 | 1584041 |
| E1303-2362 | 4047 RIVERSIDE PARKWAY | Decatur | SFR | 4/2.5 | 0.36 | 1,304 | 51615809 | $30,000 | 1/7/14 | 1490647 |
| E1303-2363 | 3117 RIVER OAK RD | Decatur | SFR | 4/2 | 0.22 | 1,962 | NAT-13-07447-1 | $30,000 | 1/7/14 | 1582830 |
| E1303-2364 | 510 COVENTRY ROAD UNIT 18A | Decatur | Condo | 2/1 | 0.01 | 923 | GA-91001241-13 | $35,000 | 1/7/14 | 1582656 |
| E1303-2365 | 3999 BIRCHWOOD COVE | Decatur | SFR | 3/2.5 | 0.39 | 1,644 | 12-03482 | $27,500 | 1/7/14 | 1583209 |
| E1303-2366 | 2321 BERMUDA RUN CT | Decatur | SFR | 4/2 | 0.31 | 1,612 | 80765 | N/A | 1/7/14 | 1590323 |
| E1303-2367 | 2441 CHARLESTON TERRACE | Decatur | SFR | 3/2.5 | 0.23 | 2,018 | 1000-667501056A | $30,000 | 1/7/14 | 1477258 |
| E1303-2368 | 3806 SOAPSTONE ROAD | Decatur | Townhouse | 3/2 | 0.05 | 1,047 | 1031-71804A | $20,000 | 1/7/14 | 1494678 |
| E1303-2369 | 3879 RAINOVER DRIVE | Decatur | SFR | 3/2 | 0.34 | 1,878 | TS 11-11633 | N/A | 1/7/14 | 1554294 |
| E1303-2370 | 4831 CREEKSIDE PLACE | Decatur | SFR | 3/2 | 0.20 | 1,981 | 1000-667500877A | $55,000 | 1/7/14 | 1590401 |
| E1303-2371 | 2442 CORNER SHOALS DRIVE | Decatur | SFR | 3/2 | 0.31 | 1,088 | 1016-667498741A | $17,500 | 1/7/14 | 1590437 |
| E1303-2372 | 4722 REDBRANCH DRIVE | Decatur | SFR | 3/2 | 0.28 | 2,730 | TS 13-20177 | N/A | 1/7/14 | 1590500 |
| E1303-2373 | 3805 WALDROP LN | Decatur | Townhouse | 3/2 | 0.10 | 1,412 | TS 13-17025 | N/A | 1/7/14 | 1590502 |
| E1303-2374 | 2506 PINE BRANCH WAY | Decatur | SFR | 3/2 | 0.25 | 2,048 | 16202 | N/A | 1/7/14 | 1590523 |
| E1303-2375 | 3498 BORING ROAD | Decatur | SFR | 3/2 | 0.41 | 2,000 | 16270 | N/A | 1/7/14 | 1590524 |
| E1303-2376 | 347 GLENN CIRCLE | Decatur | SFR | 4/3 | 0.60 | 2,500 | 13-05867 | $200,000 | 1/7/14 | 1594011 |

Enter the SEARCH CODE in the search bar at auction.com to view property details, photos, maps, auction location & more! For Additional Properties Visit: auction.com

# Auction.com Site A

| REDC ID | Property Address | Property City | Zip |
|---|---|---|---|
| TJ-2308 | 2979 SILVER HILL TERRACE SE | ATLANTA | 30316 |
| TJ-2309 | 1531 BOULDER WALK DRIVE | ATLANTA | 30316 |
| TJ-2341 | 707 [illegible] | | |
| TJ-2363 | 3 [illegible] | | |
| TJ-2366 | | | |
| TJ-2367 | | | |
| T[illegible] | | | |

Burroughs

NAM[illegible]

2563

auction.com™

| | | | |
|---|---|---|---|
| [illegible] | [illegible] | STONE MOUNTAIN | [illegible] |
| TJ-2499 | 5581 MANASSAS RUN | STONE MOUNTAIN | 30087 |
| TJ-2502 | 4103 INDIAN CREEK CIR | STONE MOUNTAIN | 30083 |
| TJ-2503 | 5735 REDCOAT RUN | STONE MOUNTAIN | 30087 |
| TJ-2506 | 557 CATRINA COURT | STONE MOUNTAIN | 30087 |
| TJ-2508 | 1823 QUAILWOOD DRIVE | STONE MOUNTAIN | 30088 |
| TJ-2509 | 7096 BROOK SIDE LANDING | STONE MOUNTAIN | 30087 |
| TJ-2511 | 4549 GARDEN HILLS DRIVE | STONE MOUNTAIN | 30083 |
| TJ-2512 | 5304 GOLFCREST CIRCLE | STONE MOUNTAIN | 30088 |
| TJ-2515 | 5311 TRACEY DRIVE | STONE MOUNTAIN | 30088 |
| TJ-2516 | 524 BARBASHELA DR. | STONE MOUNTAIN | 30088 |
| TJ-2521 | 1365 DEBDEN PLACE | STONE MOUNTAIN | 30083 |
| TJ-2522 | 1415 COLONY EAST CIRCLE | STONE MOUNTAIN | 30083 |
| TJ-2524 | 736 STONECREEK WAY | STONE MOUNTAIN | 30087 |
| TJ-2534 | 2281 DILLARD CROSSING | TUCKER | 30084 |
| TJ-2565 | 3909 SAUTEE TRAIL | CONLEY | 30288 |
| TJ-2567 | 3454 BOULDERCREST ROAD | CONLEY | 30288 |

United States Bankruptcy Court
Northern District of Georgia

**Notice of Bankruptcy Case Filing**

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 01/07/2014 at 08:47 AM and filed on 01/07/2014.

**Nicholas Joseph Burroughs**
1531 Boulder Walk Drive SE
Atlanta, GA 30316
SSN / ITIN: xxx-xx-4397

The case was assigned case number 14-50559-.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.ganb.uscourts.gov/index.html or at the Clerk's Office, 1340 Russell Federal Building, 75 Spring Street, SW, Atlanta, GA 30303.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**M. Regina Thomas**
**Clerk, U.S. Bankruptcy Court**

IN STATE OF GEORGIA

COUNTY OF DEKALB

**Superior Court Clerk**
**When Recorded and Filed Mail to:**
**Nicholas Burroughs**
**1531 Boulder Walk Dr. SE**
**Atlanta, Georgia 30316-3987**

2013147838 DEED BOOK 23991 Pg 604
Filed and Recorded:
8/29/2013 2:28:06 PM
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

# REVOCATION OF POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS, THAT:**

I, **Nicholas Burroughs**, being of sound mind and body, and under no duress, a lawful inhabitant of DeKalb County, State of Georgia, has not now nor ever knowingly, willingly or voluntarily waived his 5th and 14th Amendment Constitutional rights as to a waiver of rights or any real property or personal transaction, and retains all constitutional protections entitled, and does hereby wholly revoke, cancel, and annul any and all powers of attorney, and durable powers of attorney, in fact or otherwise, signed by me, my agent(s), parents, parens patriae, implied in law, or by trust, voluntary or involuntary, with or without my informed consent and knowledge, with, to and/or for the ***following all successors, agents, representatives, predecessors, heirs, and assigns of*** :

**RUBIN LUBLIN, LLC, BANK OF AMERICA N.A., et. al.; AMERICAN MORTGAGE NETWORK, INC., et. al.** - whose initial POA began on or before 03/31/2005; **BANK OF NEW YORK MELLON, et. al.**; whose initial POA began on or before 03/31/2005; **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-33CB MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2005-33CB; "MERS" et. al. (any and all variations of name) all of** whose initial POA began on or before 03/31/2005; **RIVERSIDE RESIDENTIAL GROUP et. al.** whose initial POA began on or before 03/31/2005; **BLACKROCK REALTY, et. al.; SUNTRUST BANK, FNMA; FREDDIE MAC; FEDERAL HOUSING ADMINISTRATION et. al.; DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT et. al.; UNKNOWN AND ALL OTHERS** all of whose initial POA began on or before 03/01/2005; as these revoked Powers of Attorney pertain to me, and ***all property both real and personal***, obtained by me or accepted for value in the past, present or future.

**Anything not listed is not waived.**

TARA TOURE NOTARY PUBLIC DEKALB COUNTY, GEORGIA MY COMMISSION EXPIRES DECEMBER 14, 2014

PROPERTY OWNER: **NICHOLAS BURROUGHS, and any variation of name thereof**

| Deed Book/ Page | Deed Book/ Page | Deed Book/ Page | Deed Book/ Page |
|---|---|---|---|
| 22559/388 | 17279/18 | 22688/598 | 17279/18 |

8-28-13
**Witness** **Date**

8-28-13
**Witness** **Date**

This 28th day of AUGUST 2013

Nicholas Burroughs, Affiant
1531 Boulder Walk Drive SE
Atlanta, Georgia 30316-3987

rpoa_2013_1of2.docx

DEED BOOK 23991 Pg 605
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

**REVOCATION OF POWER OF ATTORNEY cont'd**

---

Notary Public

State of < GEORGIA > )
ss:
County of < >)

Subscribed and sworn to (or affirmed) before me on this 28th day of AUGUST, 2013, by Nicholas J. Burroughs, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public Signature

12/14/2014
My Commission Expires [SEAL]

AMARA TOURE
MY COMMISSION EXPIRES
NOTARY PUBLIC
DECEMBER 14, 2014
DEKALB COUNTY, GEORGIA

INVITATION HOMES

**Important Information for Occupants**

Property Address: 1531 Dollar Walk Dr SE Atl GA

Date: 1/9/14

**As a result of a purchase on 1/7/2014 this property is now owned by IH3 Property Georgia, L.P. If you are living in this property, you and your family have several options in this difficult and challenging time. Please review the information below thoroughly and contact us today to discuss your options.**

**Option 1: Lease This Property**

We would like to discuss the following lease options to eligible occupants:

- If you are the tenant for the former owner, you may have addition rights if in fact you are a bona fide tenant. Please send a copy of your lease agreement and evidence of payments made over the last 3 months to our office by facsimile or e-mail.
  - E-mail Sherry Nikodem, Tip Manager, snikodem@invitationhomes.com
  - Fax w/cover to Sherry Nikodem @ 678-381-0371
- If you are the former owner, we would like the chance to speak with you regarding the option of staying your home by signing an agreement with us. Please e-mail the TIP Manager @ snikodem@invitationhomes.com for more details.

**Option 2: Cash for Keys**

Renters and former owners might be eligible for financial relocation assistance to help cover expenses associated with moving. Call our representative below within 72 hours from the date on this notice to learn more about our Cash for Keys Program.

**Option 3: Willingly Vacate**

If you do not wish to lease the property, we hope it is your intention to move willingly to avoid any legal proceedings. We would be more than willing to give you a great recommendation with your next landlord.

**Next Step - Contact Us**

- **Contact our team within 72 hours about signing a lease or additional options. The fasted method is via e-mail. Inquiries will be handled on a first come, first serve basis.**
- **Rent payments should no longer be sent to the previous owner**

**If we do not hear from you within 3 business days of this notice, we will begin the necessary eviction proceedings. Please help us avoid this by contacting us today to discuss your options.**

**PLEASE CALL or E-MAIL:**
**James McIntosh - TIP Field Coordinator**
**jmcintosh@invitationhomes.com**
**678.755.5124 - Cell**
**MONDAY – FRIDAY from 8:30 – 5:30 PM**

**950 North Point Parkway, Suite 350, Alpharetta, GA 30005**

# Cash for Keys Program Overview



DATE: 1/9/14

Dear Occupant,

This property qualifies for our CASH FOR KEYS (CFK) Relocation Assistance Program. This program is intended to help with your relocation expenses. Please review the details of the program below and contact our representative **within 72 hours** to determine the amount available to you!

- A pre-inspection of the home is required so that there are no questions or misunderstandings about what needs to be removed; the condition of the home; and what must remain to be eligible.
- You will be required to complete and sign an Agreement to Vacate, a W-9 form and provide a current utility bill in your name at the property address.
- ALL Occupants must vacate the Property on or before the move-out date. All keys and garage door openers for the Property must be delivered to the owner's representative prior to receiving payment.
- Prior to the Vacate Date, you are required to maintain the Property in good condition and repair.

## If I Choose The CFK Option, What Is The Next Step?

**Within 72 hours of the date on the top of this form, you must contact our representative below.** The preferred, and fasted, way to reach our representative is via e-mail. All inquiries will be handled on a first come, first served, basis. Please include your full name, full address of the home, and your contact information (email address, and all phone numbers where you can be reached) as well as the best time of day to contact you, if necessary.

- The Pre-Inspection, the Agreement to Vacate Property and the W-9 must be completed, with signatures, and submitted to our representative within 48 hours of receipt. This will ensure that your CFK check is available on the day of your check-out.
- Start looking for a new home and clean out the premises. If the house is not in "broom swept" condition; if the fixtures and appliances are missing; or if there is any trash or furniture left behind, you will not be eligible to receive the CFK payment. Be sure to read your agreement for all terms and conditions.

**THE EVICTION PROCESS WILL RUN CONCURRENT TO THE CASH FOR KEYS PROCESS.**

- **The Demand for Possession letter is automatically sent within 1 week of purchase. This is done on every home, no matter what you decide to do, so please do not be alarmed if you are working on arrangements to voluntarily vacate.**



**PLEASE E-mail or Call:**
**James McIntosh - TIP Field Coordinator**
**jmcintosh@invitationhomes.com**
**678.755.5124 - Cell**
**MONDAY – FRIDAY from 8:30 – 5:30 PM**



# *EXHIBIT I*

2011126006 [redacted] DEED BOOK 22569 Pg 388
Filed and Recorded:
7/27/2011 11:48:22 AM
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

This space for Recorder's use

| | | |
|---|---|---|
| DocID# 1629233403314775<br><br>Property Address:<br>1531 BOULDER WALK DRIVE<br>ATLANTA, GA 30316<br>GA0-ASD 14780004 6/28/2011 | Recording Requested By:<br>Bank of America<br>Prepared By:<br>Cecilia Rodriguez<br>800-444-9011<br>450 E. Boundary St.<br>Chapin, SC 29036 | When recorded mail to:<br>CoreLogic<br>450 E. Boundary St.<br>Attn: Release Dept.<br>Chapin, SC 29036 |

MIN #: 1001310-2050203035-4 MERS Phone #: 888-679-6377

# ASSIGNMENT OF SECURITY DEED

For Value Received, the undersigned holder of a Security Deed (herein "Assignor") whose address is 3300 S.W. 34TH AVENUE, SUITE 101 OCALA, FL 34474 does hereby grant, sell, assign, transfer and convey unto THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWALT, INC.,ALTERNATIVE LOAN TRUST 2005-33CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-33CB whose address is 101 BARCLAY ST - 4W, NEW YORK, NY 10286 all beneficial interest under that certain Security Deed described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Security Deed.

| | |
|---|---|
| Original Lender: | AMERICAN MORTGAGE NETWORK, INC., A DELAWARE CORPORATION |
| Made By: | NICHOLAS BURROUGHS |
| Date of Security Deed: | 3/31/2005 |
| Original Loan Amount: | $202,400.00 |

Recorded in DeKalb County, GA on: 4/5/2005, book 17279, page 18 and instrument number 2005-0072626

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Security Deed to be executed on 7-21-11

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: ________________________
Cynthia Santos, Assistant Secretary

By: ________________________
Dominique Johnson, Assistant Secretary

________________________
Witness: Chester Levings

State of California
County of Ventura

On 7/21/11 before me, George A. Pinedo, Notary Public, personally appeared Cynthia Santos and Dominique Johnson, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

GEORGE A. PINEDO
COMM. #1858836
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires June 19, 2013

Notary Public: George A. Pinedo
My Commission Expires: 6/19/13

(Seal)

2011168060 DEED BOOK 22688 Pg 598
Filed and Recorded:
10/21/2011 12:01:55 PM
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

FILE NO.: BAC-11-09937

RECORD AND RETURN TO:
RUBIN LUBLIN SUAREZ SERRANO, LLC
3740 Davinci Court, Suite 400
Norcross, GA 30092

CROSS INDEX TO DEED BOOK 17279,
PAGE 18, BOOK 22559 PAGE 388 DEKALB
COUNTY, GEORGIA RECORDS

**CORRECTIVE TRANSFER AND ASSIGNMENT OF DEED TO SECURE DEBT**

**THIS CORRECTIVE ASSIGNMENT IS BEING RECORDED FOR PROPER EXECUTION OF THE CERTAIN ASSIGNMENT RECORDED 07/27/2011 IN DEED BOOK 22559 PAGE 388, DEKALB COUNTY, GEORGIA RECORDS.**

MERS MIN Number:. 1001310-2050303035-4

STATE OF California

COUNTY OF Ventura

FOR VALUE RECEIVED Mortgage Electronic Registration Systems, Inc. as nominee for AMERICAN MORTGAGE NETWORK, INC., A DELAWARE COPRORATION, as Assignor, has transferred, sold, assigned, conveyed and set over to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-33CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-33CB, as Assignee, whose address is 7105 Corporate Drive, PTX-A-274, Plano, TX 75024 its successors, representatives and assigns all of the assignor's right, title and interest in and to that certain Deed to Secure Debt (or Security Deed), executed by NICHOLAS BURROUGHS to Mortgage Electronic Registration Systems, Inc. as nominee for AMERICAN MORTGAGE NETWORK, INC., A DELAWARE COPRORATION, dated March 31, 2005, and recorded April 5, 2005, in Deed Book 17279, Page 18, in the Office of the Clerk of the Superior Court of DeKalb County, Georgia.

The Assignor herein specifically sells, assigns, transfers and conveys to the Assignee, its successors, representatives and assigns the aforementioned Security Deed and property described therein, the indebtedness secured thereby, together with all the rights, title, interest, powers, options, privileges and immunities contained therein.

The Assignor herein has sold and assigned to the Assignee the aforementioned Security Deed and this transfer is made to secure the Assignee, its successors, representatives, and assigns in the payment of indebtedness. This Transfer and Assignment of Deed to Secure Debt may memorialize a transfer made by separate agreement(s), which may have occurred prior to this time.

IN WITNESS WHEREOF, the Assignor has hereunto affixed its hand and seal this 7 day of October, 2011.

Signed, Sealed and Delivered
in the presence of:

Yonda Crain
Unofficial Witness (Required)
Youda Crain

[signature]
Unofficial Witness (Required)
Dona DeAnik

Mortgage Electronic Registration Systems, Inc. as nominee for AMERICAN MORTGAGE NETWORK, INC., A DELAWARE COPRORATION

By: [signature] (L.S.)
Print Name:
Title: Aida Duenas Assistant Secretary

By: [signature] (L.S.)
Print Name:
Title: Rene Rosales Assistant Secretary

(Corporate Seal)

State of California
County of Ventura )

On Oct 7, 2011 before me, Eric T Way, Notary Public
(insert name and title of the officer)

personally appeared Aida Duenas and Rene Rosales, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Signature [signature] (Notary Seal)
My Commission Expires: Feb 7, 2013

ERIC T. WAY
Commission # 1835518
Notary Public - California
Los Angeles County
My Comm. Expires Feb 7, 2013

File No.: BAC-11-09927

1531 Boulder Walk Drive

8190THRT

RECORD AND RETURN TO:
**RUBIN LUBLIN, LLC**
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
TEL (877) 813-0992

2014039890 DEED BOOK 24280 Pg 495

Filed and Recorded:
3/7/2014 2:12:43 PM
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

Real Estate Transfer Tax $0.00

O'KELLEY & SOROHAN
ATTORNEYS AT LAW, LLC
2170 SATELLITE BLVD., STE 375
DULUTH, GEORGIA 30097

CROSS INDEX TO DEED BOOK 17279, PAGE 18, DEKALB COUNTY, GEORGIA RECORDS

STATE OF Pennsylvania

COUNTY OF Allegheny

**DEED UNDER POWER**

THIS INDENTURE, dated January 7, 2014, by **NICHOLAS BURROUGHS** ("Borrower") acting through his or her duly appointed agent and attorney in fact THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-33CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-33CB ("Lender") as Party of the First Part, and **IH3 PROPERTY GEORGIA LP A DELAWARE LIMITED PARTNERSHIP** as Party of the Second Part:

WITNESSETH:

WHEREAS, Borrower executed and delivered to Mortgage Electronic Registration Systems, Inc. as nominee for AMERICAN MORTGAGE NETWORK, INC., A DELAWARE COPRORATION, that certain Security Deed dated March 31, 2005, and recorded April 5, 2005, in Deed Book 17279, Page 18, DeKalb County, Georgia Records, conveying the after-described property, as last transferred to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-33CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-33CB, by Assignment, if required, pursuant to O.C.G.A. §44-14-162, to secure the payment of a Promissory Note of even date therewith, in the original principal amount of Two Hundred Two Thousand Four Hundred and 00/100 dollars ($202,400.00); and

WHEREAS, default in the payment under said Note occurred, and whereas by reason of said default, Lender elected, pursuant to the terms of said Deed and Note, and declared the entire principal and interest immediately due and payable; and

WHEREAS, Lender did perform a diligent search of the Defense Manpower Data Center (DMDC) website for each known Borrower in compliance with the Service Members Civil Relief Act, and as such the foreclosure of this property is not subject to the provisions of 50 U.S.C. § 501, et seq.; and

WHEREAS, Lender did perform a diligent search of the bankruptcy records for each known Borrower and determined that Lender was not subject to an automatic stay in bankruptcy both at the time foreclosure proceedings commenced and the time the Property was sold; and

WHEREAS, the entire indebtedness remaining in default, and in accordance with the terms of said Security Deed, Lender did advertise said property for sale once a week for four (4) weeks immediately preceding the sale in the newspaper in DeKalb County, Georgia, wherein the Sheriff carried his advertisement, namely The Champion Newspaper; and

WHEREAS, notice was given in compliance with Georgia Laws 1981, Volume I, Page 834, codified as O.C.G.A. §§ 44-14-162.2 and 44-14-162.4. The notice required was rendered by mailing a copy of the Notice of Sale Under Power that was submitted to the publisher of The Champion Newspaper, to the Borrower and any other "Debtor" (as defined by O.C.G.A. § 44-14-162.1) at least thirty (30) days prior to the foreclosure sale date of January 7, 2014; and

File No.: BAC-11-09927

WHEREAS, Lender did expose said land for sale to the highest bidder for cash on the first Tuesday in January, 2014, within the legal hours of sale at the usual place for conducting Sheriff's sales in DeKalb County before the Courthouse door and offered said property for sale at public outcry to the highest bidder for cash when and where Party of the Second Part bid One Hundred Eighty-Three Thousand and 00/100 dollars ($183,000.00) and;

WHEREAS, said property was auctioned off to the Party of the Second Part for the aforementioned sum of money in cash.

NOW, THEREFORE, in consideration of the premises and said sum of money and by virtue of and in the exercise of the power of sale contained in the Security Deed, the Party of the First Part has bargained, sold, granted and conveyed, and by these presents does hereby bargain, sell, grant and convey to the Party of the Second Part, said Party's representatives, heirs, successors and assigns, the following described property:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 110 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 27, BOULDER WALK, PHASE II, AS PER PLAT RECORDED IN PLAT BOOK 137, PAGES 29 THROUGH 34, INCLUSIVE, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY REFERENCE, BEING IMPROVED PROPERTY KNOWN AS 1531 BOULDER WALK DRIVE, ATLANTA, GA, 30316.

Together with all rights, members and appurtenances thereto, also all the estate, right, title, interest, claim or demand of Party of the First Part, or said Party's representatives, heirs, successors and assigns, legal, equitable or otherwise whatsoever, in and to the same.

THIS CONVEYANCE IS SUBJECT TO all zoning ordinances; matters which would be disclosed by an accurate survey or by an inspection of the property; any outstanding taxes, including but not limited to ad valorem taxes, which constitute liens upon said property; all restrictive covenants, easements, rights-of-way and any other matters of record superior to said Security Deed.

File No.: BAC-11-09927

TO HAVE AND TO HOLD the said property and every part thereof unto the Party of the Second Part and said Party's representatives, heirs, successors and assigns, to said Party's own proper use, benefit and behoof in FEE SIMPLE, in as full and ample a manner as said Party of the First Part or said Party's representatives, heirs, successors and assigns, did hold and enjoy the same.

IN WITNESS WHEREOF, Lender as Attorney in Fact for Borrower has affixed its hand and seal on this 4th day of February, 2014, to be effective as of the date first above written.

**Signed, Sealed and Delivered in the presence of:**

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-33CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-33CB AS ATTORNEY IN FACT FOR NICHOLAS BURROUGHS**
**BY: BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, AS ATTORNEY IN FACT**

2-4-14
Unofficial Witness
Gregory David Chinchilla

By: 2-4-14 (L.S.)
Title: Assistant Vice President
Brandon Lee Rhodes

Notary Public

My Commission Expires June 27, 2016

(Notary Seal)

Attest: 2-4-14 (L.S.)
Title: Assistant Vice President
Danielle ... Harrington

(Corporate Seal)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Christopher J Kopp, Notary Public
South Fayette Township, Allegheny County
My Commission Expires June 27, 2016

ASSOCIATION ... 1998 ... NA