IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICHOLAS J. BURROUGHS,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:14-cv-1129-JEC-GGB |

**ORDER**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [4] recommending dismissing this action without prejudice. On July 14, 2014, plaintiff filed Objections [7] to the Report and Recommendation [4]. The Court has reviewed the Final Report and Recommendation [4] and finds the magistrate judge's conclusions to be well-founded.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [4] **DISMISSING without prejudice** this action as frivolous and for failure to state a claim on which relief may be granted. The Clerk shall close this case.

SO ORDERED, this 25th day of July, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE