**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| NICHOLAS J. BURROUGHS, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:14-cv-1129-JEC |
| BANK OF AMERICA, N.A., | |
| Defendants. | |

## J U D G M E N T

This action having come before the court, Honorable Julie E. Carnes, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation, and the Court having adopted said recommendation, it is

**Ordered and Adjudged** that this action is **dismissed without prejudice** as frivolous and for failure to state a claim on which relief may be granted.

Dated at Atlanta, Georgia, this 28th day of July, 2014.

JAMES N. HATTEN
CLERK OF COURT

By:  *s/Denise D.M. McGoldrick*
　　　 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　July 28, 2014
James N. Hatten
Clerk of Court

By: *s/*Denise D.M. McGoldrick
　　　　Deputy Clerk